Certificate Number: 14912-PAM-DE-031443283

Bankruptcy Case Number: 13-03075


14912-PAM-DE-031443283

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 8, 2018, at 12:12 o'clock PM EDT, Louis Colaviti completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 8, 2018   By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor