```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 13-03075-JJT
Louis Colaviti                                                  Chapter 13
Hayde C. Colaviti
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5         User: KADavis            Page 1 of 1         Date Rcvd: Sep 06, 2018
                             Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2018.
db/jdb         +Louis Colaviti,    Hayde C. Colaviti,    417 N. 2nd St.,,    Lehighton, PA 18235-1420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               bkgroup@kmllawgroup.com
              Jason M Rapa    on behalf of Debtor 1 Louis  Colaviti jrapa@rapalegal.com,
               ssprouse@rapalegal.com;mhine@rapalegal.com
              Jason M Rapa    on behalf of Debtor 2 Hayde C. Colaviti jrapa@rapalegal.com,
               ssprouse@rapalegal.com;mhine@rapalegal.com
              Jill  Manuel-Coughlin    on behalf of Creditor   BANK OF AMERICA, N.A. jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              Kevin S Frankel    on behalf of Creditor   Nationstar Mortgage LLC pa-bk@logs.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Louis Colaviti,<br>dba TLC Contractor, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:13−bk−03075−JJT |
| Hayde C. Colaviti, | | |
| **Debtor 2** | | |

Social Security No.:
          xxx−xx−5080         xxx−xx−7319

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: September 6, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: KADavis, Deputy Clerk

**fnldec** (05/18)